> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in GCR 1963, 933. Comments on this proposal may be sent to the Supreme Court clerk within 60 days after it is published in the Michigan Bar Journal.

*Staff Comment:* The District Judges Association Rules and Forms Committee has recommended to the Court that subpoenas in criminal cases and in civil infractions be allowed to be served by mail. The proposal is based on the Kalamazoo County experience with this form of subpoena service.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

AUGUST 24, 1982

RUTLAND TOWNSHIP V CITY OF HASTINGS. (Docket No. 66759.) Rehearing denied. *Bauckham, Reed, Lang, Schaefer & Travis, P.C.,* for plaintiff-appellant. *Siegel, Hudson, Gee, Shaw & Fisher* for defendants-appellees. Reported at 413 Mich 560.

MILLS V AUTO-OWNERS INSURANCE, INC. (Docket No. 66541.) Rehearing denied. *McNeil, Mouw & Torreano* for plaintiff-appellee. *Francis D. Brouillette* for defendant-appellant Auto-Owners Insurance, Inc. *Butch, Quinn, Rosemurgy, Jardis & Valkanoff, P.C.,* for defendant-appellant Aetna Casualty & Surety Company. Reported at 413 Mich 567.

AUGUST 31, 1982

IN THE MATTER OF FRANKEL. (Docket No. 69631.) On order of the Court, this Court having received the "Decision and Recommendation for Order of Discipline" from the Michigan Judicial Tenure Commission in this matter in which it is stated: